**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRISTOPHER BUTLER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP,<br><br>Defendant. | Case No. 0:24-cv-03700<br><br>Hon. Jeffrey M. Bryan<br><br>**DEFENDANT U.S. BANCORP'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

Defendant U.S. Bancorp ("U.S. Bank") moves to dismiss Plaintiff Christopher Butler's Class Action Complaint. U.S. Bank brings this Motion on the grounds that Plaintiff fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based upon this Motion, the accompanying Memorandum of Law filed with this Motion, the papers and pleadings on file in this action, such other papers as may be submitted prior to or at the hearing of this Motion, and argument at the hearing.

Date: December 9, 2024

Respectfully submitted,

By: */s/ Jay T. Ramsey*

Todd A. Noteboom (#0240047)
William D. Thomson (#0396743)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
todd.noteboom@stinson.com
william.thomson@stinson.com

Jay T. Ramsey (admitted *pro hac vice*)

jramsey@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON**
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700