**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRISTOPHER BUTLER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP,<br><br>Defendant. | Case No. 0:24-cv-03700<br><br>Hon. Jeffrey M. Bryan<br><br>**DEFENDANT U.S. BANCORP'S NOTICE OF HEARING REGARDING MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

Please take notice that at a date and time to be determined by the Court, before the Honorable Judge Jeffrey M. Bryan of the United States District Court for the District of Minnesota, at United States District Court, 316 North Robert Street – Suite 100, St. Paul, MN 55101, Courtroom 3A, there will be a hearing on Defendant U.S. Bancorp's motion to dismiss Plaintiff Christopher Butler's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: December 9, 2024

Respectfully submitted,

By: */s/ Jay T. Ramsey*

Todd A. Noteboom (#0240047)
William D. Thomson (#0396743)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
todd.noteboom@stinson.com
william.thomson@stinson.com

Jay T. Ramsey (admitted *pro hac vice*)
jramsey@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON**
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700