**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRISTOPHER BUTLER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP,<br><br>Defendant. | Case No. 24-cv-03700<br><br>Hon. Jeffrey M. Bryan<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT U.S. BANCORP'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

Defendant U.S. Bancorp's ("U.S. Bank") Motion to Dismiss Plaintiff Christopher Butler's Class Action Complaint ("Motion") came on for a hearing. After consideration of the parties' papers and arguments made at the hearing, the Court hereby GRANTS U.S. Bank's Motion without leave to amend. Plaintiff Christopher Butler's Class Action Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Date: ________________________

________________________________
The Honorable Jeffrey M. Bryan
United States District Court Judge