**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRISTOPHER BUTLER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP,<br><br>Defendant. | Case No. 24-cv-03700<br><br>Hon. Jeffrey M. Bryan<br><br>**DEFENDANT U.S. BANCORP'S MEET-AND-CONFER STATEMENT REGARDING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

The undersigned counsel for Defendant U.S. Bancorp ("U.S. Bank") hereby certifies that counsel for U.S. Bank met and conferred with Plaintiff Christopher Butler's counsel on February 27, 2025, regarding Defendant's Motion to Dismiss Plaintiff's First Amended Class Action Complaint ("Motion"). The parties did not reach an agreement to resolve the Motion.

Date: March 3, 2025

Respectfully submitted,

By: /s/ Jay T. Ramsey

Todd A. Noteboom (#0240047)
William D. Thomson (#0396743)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
todd.noteboom@stinson.com
william.thomson@stinson.com

Jay T. Ramsey (admitted *pro hac vice*)
jramsey@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON**

1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700