**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRISTOPHER BUTLER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP,<br><br>Defendant. | Case No. 0:24-cv-03700<br><br>Hon. Jeffrey M. Bryan<br><br>**DEFENDANT U.S. BANCORP'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1** |

The undersigned, counsel of record for Defendant U.S. Bancorp, certifies that the accompanying Reply Memorandum and Memorandum of Law (ECF No. 31) comply with the word-count limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h). The Reply Memorandum and Memorandum of Law are set in proportional font and contain a combined 11,987 words. Microsoft Word version 2402 was used to generate the word count and the undersigned hereby certifies that the word count includes all text, including headings, footnotes, and quotations.

Date: May 9, 2025

Respectfully submitted,

By: /s/ Jay T. Ramsey

Todd A. Noteboom (#0240047)
William D. Thomson (#0396743)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
todd.noteboom@stinson.com
william.thomson@stinson.com

Jay T. Ramsey (admitted *pro hac vice*)
jramsey@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON**
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700