# UNITED STATES DISTRICT COURT
## District of Minnesota

Christopher Butler,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 24-cv-03700-JMB-SGE

U.S. Bancorp,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Defendant's Motion to Dismiss (Doc. No. 30) is GRANTED WITHOUT PREJUDICE.

Date: 3/31/2026

KATE M. FOGARTY, CLERK